# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| LAWRENCE GILLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00251 |
| ) | Judge Trauger |
| CHAPLIN RANDALL J. RUNION, ET AL., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 20, 2018, the magistrate judge issued a Report and Recommendation (DE #38), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by defendant Runion (Docket No. 25) is GRANTED, and this case DISMISSED. This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 19th day of March 2018.

_____
ALETA A. TRAUGER
U.S. District Judge